UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON TENDERS DISTRICT COUNCIL OF GREATER N.Y., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>A.C.T. ABATEMENT CORP., et al.,<br><br>　　　　　　　　Defendants. | No. 13-CV-915 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Before the Court is Plaintiffs-Judgment Creditors' motion to compel A.C.T. Abatement Corporation ("A.C.T. Abatement") and Eric B. Jeter ("Jeter") (collectively, "Defendants-Judgment Debtors") to provide written answers to an Information Subpoena with Restraining Notice.  (See dkt. nos. 50, 53.)

　　On January 29, 2016, the Court entered a default judgment in favor of Plaintiffs, as judgment creditors, and against Defendants A.C.T. Abatement and Jeter, as judgment debtors, in the amount of $216,687.10.  (See dkt. no. 45.)  On April 14, 2021, Plaintiffs served an Information Subpoena with Restraining Notice on A.C.T. Abatement and Jeter.  (See dkt. no. 50.)  Neither Defendant-Judgment Debtor responded by the April 28, 2021 deadline.  (Id.)  On April 29, 2021, Plaintiffs-Judgment Creditors sent letters to Defendants-Judgment Debtors seeking compliance with the Information Subpoena.  (Id.)

On June 28, 2021, Plaintiffs-Judgment Creditors filed the instant motion.  (Id.)  On June 30, 2021, the Court ordered Defendants-Judgment Debtors to file any opposition by July 12, 2021.  (See dkt. no. 53.)  To date, Defendants-Judgment Debtors have not responded to the Court's order.

Accordingly, Defendants-Judgment Debtors shall respond within 30 days to Plaintiffs-Judgment Creditors' Information Subpoena.  Failure to do so may result in a finding of contempt and imposition of sanctions, including fines and imprisonment.

**SO ORDERED.**

Dated:    November 18, 2021
          New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge